1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                             **WESTERN DIVISION**

11

12  MARIA TRINIDAD SANCHEZ        )
    CLARK,                        )    No. CV 10-3430 CW
13                                )
                 Plaintiff,       )    JUDGMENT
14                                )
            v.                    )
15                                )
    MICHAEL J. ASTRUE,            )
16  Commissioner, Social Security )
    Adminstration,                )
17                                )
                 Defendant.       )
18  _____)

19

20          **IT IS ADJUDGED** that this action is remanded to defendant for

21  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

    and consistent with the accompanying Decision and Order.
22

23

    DATED: March 14, 2011
24

25                                      _Carla M. Woehrle_

26                                _____
                                        CARLA M. WOEHRLE
27                                United States Magistrate Judge

28