1 | Denise Bourgeois Haley
Attorney at Law: 143709
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6 | Maria Trinidad Sanchez Clark

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **WESTERN DIVISION**

11

| | |
|---|---|
| 12 MARIA TRINIDAD SANCHEZ CLARK, | ) Case No.: CV 10-3430 CW<br>)<br>) ORDER AWARDING EQUAL |
| 13       Plaintiff, | ) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES |
| 14       vs. | ) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28 |
| 15 MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) U.S.C. § 1920<br>) |
| 16 | )<br>) |
| 17       Defendant | )<br>) |

18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

20

21       IT IS ORDERED that fees and expenses in the amount of Four Thousand

Four Hundred Dollars ($4,400) as authorized by 28 U.S.C. § 2412 and costs in the

22

amount of Sixty ($60) as authorized by 28 U.S.C. § 1920, be awarded subject to

23

the terms of the Stipulation.

24

DATE: 5/12/11

25

_____
26 | THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ Denise Bourgeois Haley
     _____

4   Denise Bourgeois Haley
  Attorney for plaintiff

5   Maria Trinidad Sanchez Clark

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26